IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN WENWEN NEW WORLD TRADING COMPANY LIMITED,<br><br>Plaintiff<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A"<br><br>DEFENDANTS. | Civil Action No. 1:18-cv-4778<br><br>JURY TRIAL DEMANDED |

## SCHEDULE A

This document is being filed under seal pursuant to L.R. 26.2. Plaintiff hereby files this public record version of this document pursuant to L.R. 26.2(c). Plaintiff will file a sealed version of this document along with its Motion to Seal.